IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE LOCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:04-cv-1214-F |
| | ) (WO- Not Recommended for Publication) |
| CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

1. With respect to all claims in this action, judgment is ENTERED in favor of the Defendant City of Montgomery, Alabama and against Plaintiff George Lockett, with Plaintiff taking nothing by his claims.

2. Costs are TAXED in favor of Defendant City of Montgomery, Alabama against Plaintiff George Lockett, for which execution may issue.

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 17th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE